IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 1:02cr00146-001** |
| | ) | |
| Plaintiff, | ) | **JUDGE: JAMES S. GWIN** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **STANLEY BATISTA,** | ) | |
| | ) | |
| Defendant. | ) | |

    This matter was heard on September 29, 2011, upon the request of the United States Pretrial and Probation Office for a finding that defendant violated the conditions of his supervised release.  The defendant was present and represented by Attorney Debra Hughes.

    The initial violation report was referred to United States Magistrate Judge Baughman for a Report and Recommendation which was issued on September 21, 2011.  At the request of defense counsel the final hearing was set prior to expiration of the objection period.  Counsel for defendant acknowledged waiver of the objection period and confirmed her request for an earlier hearing.

    The Court adopted the Report and Recommendation without objection and found , after entertaining statements from defense counsel and the defendant, that the following terms of supervision had been violated:

        1) new law violation on or about May 23, 2011;

        2) failure to submit monthly supervision reports in timely manner;

      3) failure to follow instructions of probation officer;

      4) illegal drug use.

      Therefore, the defendant is committed to the Bureau of Prisons for a period of 5 months.

Defendant shall self-report to the Probation Department on October 20, 2011, by 12:00 noon.

Upon release from incarceration defendant's period of supervised release shall terminate.

      **IT IS SO ORDERED.**


Dated: September 29, 2011                                       *s/   James S. Gwin*
                                                                   JAMES S. GWIN
                                                                   UNITED STATES DISTRICT JUDGE